UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOSHUA DAVID BOSHELL, #530749,

    Petitioner,

Case No. 21-11952

v.

MICHAEL BURGESS,

    Respondent.

_____/

**JUDGMENT**

In accordance with the October 12, 2021 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that the Petition for a Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE.   Dated at Detroit, Michigan, this 12th day of October, 2021.

        KINIKIA ESSIX
        CLERK OF THE COURT

        BY: s/Lisa Wagner

Dated:   October 12, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 12, 2021, by electronic and/or ordinary mail.

        s/Lisa Wagner                                        /
        Case Manager and Deputy Clerk
        (810) 292-6522